# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § | |
| V. | § § | CASE NO. 4:09-CV-371<br>Judge Schneider/Judge Mazzant |
| OMAR ALI RIZVI, BELLWETHER VENTURE CAPITAL FUND I., INC., and STRATEGY PARTNERS, LLC | § § § § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 2, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' 28 U.S.C. § 1406(a) Motion to Dismiss for Improper Venue be denied and, in the alternative, Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (Dkt. #25) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants' 28 U.S.C. § 1406(a) Motion to Dismiss for Improper Venue is DENIED and, in the alternative, Defendants' Motion to Transfer Venue Pursuant

1

to 28 U.S.C. § 1404(a) (Dkt. #25) is GRANTED and the case is transferred to the Central District of California.

   **IT IS SO ORDERED.**

**SIGNED this 23rd day of July, 2010.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE